IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| STEVEN M. JOHNSON, PC, d/b/a THE JOHNSON LAW FIRM,<br><br>    Plaintiff,<br><br>    v.<br><br>GIRARDI & KEESE,<br><br>    Defendant. | CIVIL ACTION NO. 4:16-CV-944-O |

## UNOPPOSED MOTION TO DISMISS CASE WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Plaintiff, Steven M. Johnson, PC, d/b/a The Johnson Law Firm, and files this Unopposed Motion to Dismiss Case Without Prejudice, and would show the Court as follows:

    1.    Plaintiff, Steven M. Johnson, d/b/a The Johnson Law Firm ("Johnson" or "JLF"), filed this matter against Defendant, Girardi & Keese ("Girardi" or "GK"), on October 13, 2016. ECF 1, Original Complaint & Application to Compel Arbitration.

    2.    Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., JLF and GK agreed to arbitrate all disputes between them at Judicial Arbitration and Mediation Service ("JAMS") Northern District of Texas office.  ECF 1 at 12-15; *see also* ECF 5-1 at 2.

    3.    On November 9, 2016, the Court entered its Agreed Order compelling arbitration. ECF 10 at 1.

4. Pursuant to the Agreed Order, the parties submitted to binding arbitration before Hon. Glen M. Ashworth. The Arbitrator rendered an Award resolving all matters in controversy, and the parties are implementing the Award collaboratively.

5. As such, the parties have agreed that JLF's pending Application to Confirm Arbitral Award and Brief in support shall be and is hereby withdrawn.

6. The parties further agree that the Application can be reinstated in this Civil Action No. 4:16-CV-944-0 in the event of a dispute regarding such implementation of the Award.

## PRAYER

WHEREFORE, pursuant to the foregoing, Plaintiff, Steven M. Johnson, d/b/a The Johnson Law Firm, moves the Honorable Court to dismiss this case without prejudice to refiling.

Respectfully submitted,

_____
Stephen F. Malouf
Texas State Bar No. 12888100
maloufs@smalouf.com
Jeremy C. Martin
Texas State Bar No. 24033611
jmartin@smalouf.com
Jonathan Nockels
Texas State Bar No. 24056047
jnockels@smalouf.com

**MALOUF & NOCKELS LLP**

6688 N. Central Expy., Suite 1050
Dallas, Texas 75206
214-969-7373 (Telephone)
214-969-7648 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 21, 2017, I electronically transmitted the foregoing document to the clerk of the court and all parties registered with the Court's ECF system for filing and service in accordance with the Local Rule 5.1(e).

_____
Stephen F. Malouf

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 14, 2017, counsel for Plaintiff conferred with counsel for Defendant, who stated that Defendant is unopposed to the relief requested herein.

_____
Jonathan Nockels